# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 02-3215

———————

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | District of Nebraska. |
| | * | |
| Jeffrey T. Garrison, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

———————

Submitted: May 5, 2003
Filed: May 8, 2003

———————

Before MORRIS SHEPPARD ARNOLD, BYE, and RILEY, Circuit Judges.

———————

PER CURIAM.

Jeffrey T. Garrison challenges the sentence the district court[1] imposed after he pleaded guilty to conspiring to possess with intent to distribute 500 grams or more of methamphetamine in violation of 21 U.S.C. § 841(a)(1). In July 2000, while awaiting trial, Garrison left an inpatient drug treatment center without reporting to his pretrial officer and was not apprehended until February 2002. At sentencing, the district court denied Garrison an acceptance-of-responsibility reduction and sentenced him to 188 months imprisonment and 5 years supervised release.

———————

[1]The Honorable Warren K. Urbom, United States District Judge for the District of Nebraska.

Garrison argues that the district court erred in denying the reduction because his post-plea acknowledgment of guilt, cessation of obstructive conduct, and cooperation with the government were sufficiently extraordinary to justify an adjustment for acceptance of responsibility despite his earlier obstructive conduct. After careful review of the record, we find that the district court adequately considered Garrison's objection to the lack of an acceptance-of-responsibility reduction and did not clearly err in denying the reduction. See U.S.S.G. § 3E1.1, comment. (n.4); U.S.S.G. § 3C1.1, comment. (n.4(e)); United States v. Ervasti, 201 F.3d 1029, 1043 (8th Cir. 2000) (standard of review).

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.